IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02038-WYD-KLM

JOSEPH M. ERNEST,

    Plaintiff,

v.

LOCKHEED MARTIN CORPORATION,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The Joint Motion for Leave to Brief the Limited Discovery Pursuant to a Proposed Accelerated Briefing Schedule and Plaintiff's Motion to Set an Evidentiary Hearing on the Limited Discovery (docket #43), filed June 12, 2008, is **GRANTED IN PART AND DENIED IN PART.**

    The motion is granted to the extent that the parties request the following accelerated briefing schedule:

    **(1) On or before June 20, 2008, the parties shall submit briefings of limited discovery to the Court; and**

    **(2) Responses to briefings will be filed on or before June 30, 2008. No replies will be permitted. Also, the parties are reminded to follow my practice standards with respect to the submissions.**

    The motion is **DENIED AS PREMATURE** to the extent that the Plaintiff requests an evidentiary hearing. Upon review of the briefing, if I believe a hearing is necessary, I will set one at that time.

    Dated: June 13, 2008