**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy: Robert R. Keech | Date: June 12, 2009 |
| E.C.R./Reporter: Therese Lindblom | |

| | |
|---|---|
| Civil Action No: **07-cv-02038-WYD-KLM** | Counsel: |
| **JOSEPH M. ERNEST**, | George C. Aucoin, Jr. |
| Plaintiff, | |
| v. | |
| **LOCKHEED MARTIN CORPORATION**, | Mary H. Stuart |
| | Christopher L. Ottele |
| Defendant. | |

**COURTROOM MINUTES**

**HEARING ON MOTION FOR CONTEMPT AND DISMISSAL**

**9:03 a.m.**   Court in Session

APPEARANCES OF COUNSEL.

Court's opening remarks.

Defendant's Motion for Contempt and Dismissal with Prejudice [doc. #60], filed April 23, 2009, is raised for argument.

9:06 a.m.   Argument by Plaintiff (Mr. Aucoin).

9:29 a.m.   Argument by Defendant (Ms. Stuart).

9:40 a.m.   Argument by Plaintiff (Mr. Aucoin).

9:44 a.m.   Argument by Defendant (Ms. Stuart).

          Court makes findings.

**ORDERED:** Defendant's Motion for Contempt and Dismissal with Prejudice [doc. #60], filed April 23, 2009, is **DENIED IN PART and HELD IN ABEYANCE IN PART.** The motion is **DENIED** to the extent it seeks dismissal with prejudice and **GRANTED** to the extent it seeks contempt.

**ORDERED:** Parties shall file a status report not later than **Friday, August 28, 2009.**

**ORDERED:** Parties shall file a further status report not later than **Monday, November 30, 2009.**

**9:54 a.m.**    Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   0:51**