IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  07-cv-02038-WYD-KLM

JOSEPH M. ERNEST,

    Plaintiff,

v.

LOCKHEED MARTIN CORPORATION,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    This matter comes before the Court on a review of the file.  On January 29, 2010, the parties filed status reports regarding the outcome of the arbitration process in compliance with my June 16, 2009 Order.  Based on the information submitted by the parties, the parties are ordered to submit a final status report within ten days of a final arbitration award.  Accordingly, since it appears that the directives in my June 16, 2009 Order have been complied with, the motion for contempt (docket #60) is **DENIED AS MOOT**.  Should the parties wish to file any additional motions, they may seek leave from the Court once the arbitration proceedings are final.

    Dated:  February 1, 2010