IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02038-WYD-KLM

JOSEPH M. ERNEST,

     Plaintiff,

v.

LOCKHEED MARTIN CORPORATION,

     Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

     The Motion to Confirm Arbitration Award, Response to Motion to Partially Vacate Arbitration Award and Final Status Report (docket #79), filed March 18, 2010, is **STRICKEN** with leave to refile in accordance with this Court's Local Rules and Practice Standards. Specifically, Plaintiff is directed to review D.COLO.LCivR 7.1(c) and my Practice Standards with respect to motions practice.

     Dated: March 19, 2010.