IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   07-cv-02038-WYD-KLM

JOSEPH M. ERNEST,

    Plaintiff,

v.

LOCKHEED MARTIN CORPORATION,

    Defendant.

---

**ORDER CONFIRMING ARBITRATION AWARD
AND ENTERING JUDGMENT**

---

THIS MATTER comes before the Court on the Plaintiff's Motion to Confirm Revised Arbitration Award (ECF No. 92), filed October 26, 2010.  No response was filed.  Pursuant to the parties' stipulation that the United States District Court having jurisdiction over the parties may review the Arbitrator's decision for conformance with applicable law, Plaintiff requests an Order confirming the arbitration award made on October 25, 2010, and entering judgment thereon.  Accordingly, based on the Court's careful review of the motion and revised Arbitration Award pursuant to 9 U.S.C. §§ 1-3, I find that the motion should be granted.  Therefore, it is

ORDERED that the Motion to Confirm the Revised Arbitration Award (ECF No. 92) is hereby **GRANTED** and judgment is hereby entered as follows:

In favor of the Plaintiff, Joseph M. Ernest, for back-pay in the amount of $141,916.00, together with pre-judgment interest in the amount of $13,802.00, for a

total of $155,718.00.  Furthermore, Joseph M. Ernest is awarded $77,187.50 in attorney's fees, $10,676.49 in expert witness fees, and $6,408.55 in other costs and expenses.

Dated:  December 16, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge