IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  07-cv-02038-WYD-KLM

JOSEPH M. ERNEST,

    Plaintiff,

v.

LOCKHEED MARTIN CORPORATION,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Motion for Costs (ECF No. 96) is **STRICKEN** for failure to comply with D.C.COLO.LCivR 7.1.  Moreover, it appears that the motion is seeking attorneys' fees, not costs.  If so, the motion does not comply with D.C.COLO.LCivR 54.3.

    Dated:  February 10, 2011.